**Order filed March 12, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00173-CV
_____

**JOSEPH ANTHONY THOMAS, Appellant**

**V.**

**LAKE COVE COMMUNITY ASSOCIATION, INC., Appellee**

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-69824**

## ORDER

This is an appeal from a judgment signed November 13, 2012. A motion for new trial was timely filed December 13, 2012. Appellant's notice of appeal was due February 11, 2013, but was not filed until February 26, 2013, a date within 15 days of the notice of appeal. In the same document as his notice of appeal appellant filed a motion to extend time to file notice of appeal.

Accordingly, we **ORDER** appellant to file a separate motion to extend time to file the notice of appeal on or before **12 days** after the date of this order. *See* Tex. R. App. P. 26.3;12.5(b).  If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.